**No. 60540.**—C. A. Swanson & Sons *v.* United States, protest 259198–K/6940 (Chicago).

Opinion by DONLON, J.   The protest was dismissed.

**No. 60541.**—United Sales Company *v.* United States, protests 270905–K/7328, etc. (Chicago).

Opinion by DONLON, J.   The protests were dismissed.

**No. 60542.**—Samuel Shapiro & Co., Inc. *v.* United States, protest 274805–K (Baltimore).

Opinion by DONLON, J.   The protest was dismissed.

**No. 60543.**—Chas. Kurz Co. *v.* United States, protest 276880–K (Philadelphia).

Opinion by DONLON, J.   The protest was dismissed.

**No. 60544.**—Gallagher & Ascher Company *v.* United States, protest 296743–K/ 8475 (Chicago).

Opinion by DONLON, J.   The protest was dismissed.

BEFORE THE FIRST DIVISION, MARCH 1, 1957

**No. 60545.**—Polks Model Craft Hobbies, Inc., and Meadows Wye & Co., Inc. *v.* United States, protest 299587–K (New York).

Opinion by OLIVER, C. J.   An examination of the record showed that the merchandise in question is not chiefly used for the amusement of children and that the electric motors are chiefly used by adults, possessing technical knowledge concerning the basic principles of electricity, in the manufacture or construction of various electrical products.   Since it was stipulated that the electric motors in question have as an essential feature an electrical element or device and that they are in chief value of metal, the claim of the plaintiffs was sustained.